OPINION — AG — ** STATE ELECTION BOARD — PURCHASES ** QUESTION: THE STATE ELECTION BOARD WOULD LIKE TO PURCHASE CERTAIN PRECINCT REGISTRATION CARDS AND LOOSE LEAF BINDERS WHEREIN SAID CARDS ARE TO BE RETAINED. CAN THE STATE ELECTION BOARD, BY MAJORITY VOTE, PURCHASE SAID REGISTRATION CARDS AND LOOSE LEAF BINDERS UNDER 26 O.S. 194 [26-194] (SUPPLIES, EQUIPMENT) CITE: 74 O.S. 64 [74-64](A), 74 O.S. 64 [74-64], 62 O.S. 41.46 [62-41.46], 26 O.S. 194 [26-194] (FRED HANSEN)